**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FAHEEM RODGERS,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 25-CV-6848** |
| | : | |
| **MONTIUM,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 21st day of April, 2026, upon consideration of Plaintiff Faheem Rodgers's

Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 1), and Rule 11

Declaration (ECF No. 5), it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.     The Complaint is **DEEMED** filed.

3.     For the reasons stated in the Court's Memorandum, Rodgers may proceed at this

time on his Title VII skin color-based employment discrimination claim against Defendant

Montium, and the remainder of his claims are **DISMISSED WITHOUT PREJUDICE** for failure

to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.     The Clerk of Court is **DIRECTED** to send Rodgers a blank copy of the Court's

standard form to be used by a self-represented litigant filing an employment discrimination action

bearing the above civil action number.

5.     Rodgers is given thirty (30) days to file an amended complaint in the event he can

allege additional facts to cure the defects in his dismissed claims, as discussed in the Court's

Memorandum.  Any amended complaint shall identify all defendants in the caption of the amended

complaint in addition to identifying them in the body of the amended complaint, shall state the

basis for Rodgers's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-6848.  If Rodgers files an amended complaint, his amended complaint must be a complete document that includes all of the bases for Rodgers's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims. Claims that are not included in the amended complaint will not be considered part of this case.  **This means that if Rodgers files an amended complaint, he must reallege his Title VII skin color-based employment discrimination claim, which was not dismissed, or he will be deemed to have abandoned it.**  When drafting his amended complaint, Rodgers should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6.    If Rodgers does not file an amended complaint the Court will direct service of his initial Complaint on Defendant Montium.  Rodgers may also notify the Court that he seeks to proceed only on his Title VII skin color-based employment discrimination claim rather than file an amended complaint.  If he files such a notice, Rodgers is reminded to include the case number for this case, 25-6848.

7.    The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

**BY THE COURT:**

/s/ Juan R. Sánchez

**JUAN R. SÁNCHEZ, J.**

2